UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                        Plaintiff,

                                                SCHEDULING ORDER

                                                07-CR-6208L
                                                11-CV-6265L
                v.

ALBERT DONALD,

                        Defendant.
_____

       Defendant Albert Donald ("Donald") filed a motion to vacate under 28 U.S.C. § 2255 on May 17, 2011. The Government did respond to the motion but, thereafter, on January 13, 2012 (Dkt. #137), defendant moved to amend the motion.

       I grant the defendant's motion to amend and direct the Government to respond, just to the items contained in the motion to amend, on or before September 10, 2012.

       IT IS SO ORDERED.

                                           _____
                                              DAVID G. LARIMER
                                              United States District Judge

Dated: Rochester, New York
          July 30, 2012.